■ In the Matter of THOMAS F.W., Respondent, v SHANNON D.W., Appellant. [827 NYS2d 902]—Appeal from an order of the Family Court, Cattaraugus County (Lynn L. Hartley, J.H.O.), entered December 15, 2005 in a proceeding pursuant to Family Court Act article 6. The order awarded custody of the children to petitioner-respondent and visitation to respondent-petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Gorski, J.P., Fahey, Peradotto, Green and Pine, JJ.